UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| MARY E. OSBORNE, | Civil No. 2:21-CV-00387-RSM |
| Plaintiff, | |
| vs. | JUDGMENT |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

IT IS ORDERED AND ADJUDGED that this case is reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g) to the Commissioner of Social Security for further administrative proceedings pursuant to this Court's ORDER of remand, issued on September 9, 2021.

JUDGMENT is entered for Plaintiff, and this case is closed.

DATED this 9th day of September, 2021.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Page 1      JUDGMENT - [2:21-CV-00387-RSM]

1

2   Presented by:

3   s/ Franco L. Becia
    FRANCO L. BECIA
4   Special Assistant United States Attorney
    Office of the General Counsel
5   Social Security Administration
    701 Fifth Avenue, Suite 2900 M/S 221A
6   Seattle, WA 98104-7075
    Telephone:  (206) 615-2114
7   Fax:  (206) 615-2531
    franco.l.becia@ssa.gov

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24