UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MARY E. OSBORNE,<br><br>Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION,<br><br>Defendant. | Civil No. 2:21-00387-RSM<br><br><br>ORDER ON STIPLUATED MOTION FOR FEES AND COSTS |

Plaintiff Mary E. Osborne filed a stipulated motion, seeking an award of $1,025.95 in attorney's fees and $400 in costs. For the reasons set forth in the stipulated motion, supporting affirmation, and good cause shown, **IT IS HEREBY ORDERED** as follows:

Plaintiff is granted attorney's fees in the amount of **$1,025.95** under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, and **$400** in costs. Any award of EAJA fees shall be subject to offset under the Treasury Offset Program (31 U.S.C. § 3716(c)(3)(B) (2006)) pursuant to *Astrue v. Ratliff*, 130 S. Ct. 2521, 2528-29 (2010). Costs under 28 U.S.C. § 1920 shall be payable to Charles E. Binder via electronic fund transfer or check.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Page 1     ORDER ON STIPLUATED MOTION FOR FEES AND
           COSTS [2:21-00387-RSM]

DATED this 30th day of September, 2021.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

/s/ Daniel S. Jones
Law Office of Charles E. Binder
and Harry J. Binder, LLP
485 Madison Avenue, Suite 501
New York, NY 10022
(212)-677-6801
Fax (646)-273-2196
Fedcourt@binderlawfirm.com
*PRO HAC VICE*

/s/ Maury A. Kroontje
MAURY A KROONTJE
Kroontje Law Office PLLC
600 University Street, Suite 1700
Seattle, WA 98101
206-624-6212
Fax: 206-624-6816
Email: maury@kroontje.net

Page 2     ORDER ON STIPLUATED MOTION FOR FEES AND
           COSTS [2:21-00387-RSM]